UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABNER REYES,<br><br>              Plaintiff,<br><br>v.<br><br>JUAN A. GONZALEZ, et al.,<br><br>              Defendants. | Case No. CV 19-7417-AB (GJx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by the mediator that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 28, 2020 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE